UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RONALD WELLS, II,**

    Petitioner,

                              Case No: 98-CV-73680-DT
                              Honorable Denise Page Hood

v.

**PAMELA WITHROW,**

    Respondent.

_____

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date and the Court having entered an order denying Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254;

Accordingly, judgment is entered in favor of Respondent and against Petitioner.

                                                             DAVID J. WEAVER
                                                             CLERK OF COURT

Approved:                                        By:  s/ Wm. F. LEWIS
                                                                Deputy Clerk

 s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: July 29, 2005

Detroit, Michigan